Argued and submitted February 4, convictions affirmed and order of restitution vacated March 23, 1994

STATE OF OREGON,
*Respondent,*

*v.*

TODD HARDWICK,
*Appellant.*

(M92-1170; CA A79380)

871 P2d 506

Stephen P. Riedlinger argued the cause and filed the brief for appellant.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant and his wife both pleaded guilty to criminal trespass. ORS 164.245. After a joint sentencing hearing, the trial court suspended imposition of sentence and placed defendant and his wife on probation. It also ordered that defendant and his wife were jointly and severally liable to pay $2,000 in restitution to the victim. That sentence exceeded the maximum allowable by law, because the state failed to present any evidence that the victim suffered pecuniary damages. *State v. Hardwick (A79379)*, 127 Or App 132, 871 P2d 505 (1994).

Conviction affirmed; order of restitution vacated.